IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF ATLANTA, GEORGIA,<br><br>PLAINTIFF,<br><br>v.<br>FEDERAL EMERGENCY MANAGEMENT AGENCY AND DAVID RICHARDSON[1], IN HIS OFFICAL CAPACITY AS ADMINISTRATOR OF THE FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>DEFENDANTS. | Civil Action No.<br>1:24-cv-02039-SDG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned action is voluntarily dismissed with prejudice and without costs or fees to either party.

Respectfully submitted on May 14, 2025.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), "The officer's successor is automatically substituted as a party."

1

| | |
|---|---|
| */s/Ernest B. Abbott*\*<br>ERNEST B. ABBOTT<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>D.C. Bar No. 925503<br>(admitted *pro hac vice*)<br>901 K Street NW<br>Suite 900<br>(202) 508-3425<br>eabbott@bakerdonelson.com<br>\*signed by Neeli Ben-David with express permission<br><br>MICHELLE F. ZALTSBERG<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>Georgia Bar No. 402089<br>3414 Peachtree Road, N.E.<br>Suite 1500<br>Atlanta, GA 30326<br>Telephone: (404) 577-6000<br>mzaltsberg@bakerdonelson.com | THEODORE S. HERTZBERG<br>*United States Attorney*<br><br>/s/*Neeli Ben-David*<br>NEELI BEN-DAVID<br>Assistant United States Attorney<br>Georgia Bar No. 049788<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 3030<br>(404) 581-6000<br>Neeli.ben-david@usdoj.gov |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF ATLANTA, GEORGIA,<br><br>   PLAINTIFF,<br><br>   *v.*<br>FEDERAL EMERGENCY MANAGEMENT AGENCY AND DAVID RICHARDSON, [2] IN HIS OFFICAL CAPACITY AS ADMINISTRATOR OF THE FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>   DEFENDANTS. | Civil Action No.<br>1:24-cv-02039-SDG |

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

　　　　　　　　　　　　　　　　　　*/s/ Neeli Ben-David*
　　　　　　　　　　　　　　　　　　NEELI BEN-DAVID
　　　　　　　　　　　　　　　　　　*Assistant United States Attorney*

---

[2] Pursuant to Federal Rule of Civil Procedure 25(d), "The officer's successor is automatically substituted as a party."

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF ATLANTA, GEORGIA,<br><br>PLAINTIFF,<br><br>v.<br>FEDERAL EMERGENCY MANAGEMENT AGENCY AND DAVID RICHARDSON, [3] IN HIS OFFICAL CAPACITY AS ADMINISTRATOR OF THE FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>DEFENDANTS. | Civil Action No.<br>1:24-cv-02039-SDG |

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

May 14, 2025.

/s/ Neeli Ben-David
NEELI BEN-DAVID
*Assistant United States Attorney*

---

[3] Pursuant to Federal Rule of Civil Procedure 25(d), "The officer's successor is automatically substituted as a party."